JOHN G. LONSDALE et al., as Trustees of ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, Appellants, *v.* JAMES SPEYER et al., Respondents.

Argued November 25, 1940; decided December 31, 1940.

*Frederick Evan Crane, Edward S. Seidman, Robert G. Starr, Frank A. Thompson* and *Ivan H. Light* for appellants.

*Henry W. Taft, Ralph Wolf, G. Forrest Butterworth, Jr., Wolfgang S. Schwabacher, Sydney C. Weinstein, David Dow* and *Maurice Ravage* for James Speyer et al., comprising the firm of Speyer & Co., respondents.

*Joseph M. Proskauer, Alfred Jaretzki, Jr., J. Alvin Van Bergh* and *William Piel, Jr.,* for John F. Strauss, Jr., et al., comprising the firm of J. & W. Seligman & Co., respondents.

*William Morton Carden* for Edward N. Brown, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.